ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/28/2015 4:34:57 PM
KEITH HOTTLE
CLERK

# DONNELL, ABERNETHY & KIESCHNICK
## A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

EDINBURG OFFICE
2830 WEST TRENTON
EDINBURG, TEXAS 78539
(956) 618-4477

ROCKPORT OFFICE
2902 TRAYLOR, SUITE 205
ROCKPORT, TEXAS 78382
(361) 727-0480

TOWER II
555 N. CARANCAHUA, SUITE 1770
CORPUS CHRISTI, TEXAS 78401-0853

(361) 888-5551          FAX (361) 880-5618
MAILING ADDRESS:
P. O. BOX 2624
CORPUS CHRISTI, TEXAS   78403-2624

CLAY E. COALSON
BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL: (361) 866-8131
ccoalson@dakpc.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/28/2015 4:34:57 PM
KEITH E. HOTTLE
Clerk 140192

ADDRESS REPLY TO:
CORPUS CHRISTI

August 28, 2015

Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
E-mail: keith.hottle@txcourts.gov

RE:    *In re Laura Leticia Zepeda Vasquez*; No. 04-14-00899-CV

Dear Mr. Hottle:

Counsel for appellee Rosetta Resources Operating Co. will not present oral argument on September 15. We have agreed to yield oral argument time to other appellees. Nevertheless, Rosetta Resources Operating Co. continues to assert all arguments in its brief.

Sincerely,

*/s/ Clay E. Coalson*
Clay E. Coalson
Appellate Counsel for Appellee Rosetta Resources Operating Co.

CEC:lmc

cc:    **Via E-filing and Fax**

Jeffrey L. Dorrell
H. Mark Burck
Daniel R. Dutko
HANZEN LAPORTE
11767 Katy Fwy., Suite 850
Houston, TX 77079
*Counsel for Appellant Laura Vasquez*

Brian Miller
ROYSTON RAYZOR
1300 Frost Bank Building
802 N. Carancahua
Corpus Christi, Texas 78401-0021
*Counsel for Appellee Virtex*

Keith E. Hottle, Clerk
Page 2
August 28, 2015

Isaac J. Huron
Ramon R. Rodriguez
DAVIS CEDILLO & MENDOZA INC.
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, TX 78212

*Counsel for Legend Defendants/Appellees*

J. Joseph Vale
E. Michael Rodriguez
Erin A. Hudson
ATLAS HALL & RODRIGUEZ L.L.P.
818 Pecan Blvd.
P.O. Box 3725
McAllen, TX 78501

*Counsel for Enterprise Defendants/Appellees*

James M. "Jamie" Parker, Jr.
David L. Ortega
NAMAN HOWELL SMITH & LEE P.L.L.C.
10001 Reunion Pl., Suite 600
San Antonio, TX 78216

*Counsel for Lewis Defendants/Appellees*

Jose E. Garcia
Francisco R. Villarreal
GARCIA & VILLARREAL P.L.L.C.
4311 N. McColl Rd.
McAllen, TX 78504

*Counsel for Defendant/Appellee XTO Energy Inc.*